## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

**MAR 2 0 2000**

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STAR INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 99-01914   (ESH) |
| | ) |
| Y.B.E. TRUCKING CO., INC., <u>et al.</u>, | ) |
| | ) |
| Defendant. | ) |

### <u>MEMORANDUM OPINION</u>

Plaintiff Star Insurance Company filed a Complaint in Interpleader in this Court on July 15, 1999. To date, plaintiff has failed to file proof of service with the exception of one defendant, Transportation Revenue Management, Inc., which has filed an answer. On March 1, 2000, a status conference was held before Judge Huvelle. Counsel for the plaintiff failed to appear at this status conference, although counsel for Transportation Revenue Management, Inc. did appear.

On March 1, 2000, this Court ordered plaintiff to file on or before March 15, 2000, proof that the defendants have been served with a summons and complaint, or to show cause why service of process has not been completed. The Court further ordered plaintiff to show cause why sanctions should not be imposed for counsel's failure to appear at the March 1, 2000 status conference. Plaintiff has failed to comply with either of these orders.





Accordingly, plaintiff's complaint against **all** defendants is hereby dismissed without prejudice.

A separate Order accompanies this Memorandum Opinion.

ELLEN SEGAL HUVELLE
United States District Judge

3/21/00